Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**DOES 1 – 371,**<br><br>        Defendants. | Case No.: 3:13-cv-00295<br><br>PLAINTIFF'S RULE 7.1 DISCLOSURE |

PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff states it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: February 19, 2013.

                                          Respectfully submitted,
                                          CROWELL LAW

                                          /s/ Carl D. Crowell
                                          Carl D. Crowell, OSB No. 982049
                                          email: crowell@kite.com
                                          P.O. Box 923
                                          Salem, OR 97308
                                          (503) 581-1240
                                          Of attorneys for the plaintiff