

COPY - COPY - COPY
Crowell Law
PO Box 923 Salem OR 97308

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 20 MAR '13 10:28USDC-ORP

| | | |
|---|---|---|
| Voltage Pictures, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:13-cv-00295-AA |
| Does 1-371 | ) | |
| | ) | (If the action is pending in another district state where: ) |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: CENTURYLINK INC, c/o C T Corporation System 388 State Street Suite 420 Salem, OR 97301

☑ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

see Attachment A

| Place: Carl D. Crowell, Crowell Law, 943 Liberty St. SE, PO Box 923, Salem, OR 97308; crowell@kite.com, 503.581.1240 | Date and Time: 03/21/2013 9:00 am |
|---|---|

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 03/01/2013

CLERK OF COURT

_____    OR    _____
Signature of Clerk or Deputy Clerk                Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Voltage Pictures, LLC
, who issues or requests this subpoena, are:
Carl D. Crowell, Crowell Law, 943 Liberty St.SE, PO Box 923, Salem, OR 97308; crowell@kite.com; 503.581.1240

March 19, 2013

Carl D. Crowell
Crowell Law
943 Liberty Street SE
PO Box 923
Salem, OR 97308

RE: CIVIL ACTION NO. 3:13-cv-00295-AA

A copy of the attached subpoena led me to the discovery my adult son downloaded "Maximum Conviction," the movie in the above-referenced civil action, while he was at my house. He said he used a blocker so that no one else could download files from his computer.

Enclosed is a money order for $12.99, the cost currently listed for this movie on Amazon.com. Please extend my apologies to Voltage Pictures for not paying more attention.

Thank you for bringing this to my attention, and I now consider this issue resolved.

*[signature]*

G.R. Valleau
1060 Ruge Street NW
Salem, OR 97304

Enclosures

cc:   Century Link
      U.S. District Court/Oregon



Craig Carter
Sr Security Specialist
1801 California Street, 10th Flr
Denver, Colorado 80202
(303) 896-2522



March 6, 2013

G R Valleau
1060 Ruge Street NW
Salem, OR 97304

Dear G R Valleau:

It is CenturyLink's policy to notify our customers when we receive a subpoena requesting their records in a civil matter. CenturyLink protects its customers' privacy, but we are required to respond to lawful subpoenas for customer information unless otherwise ordered by the relevant court or regulatory body.

CenturyLink has been served with a subpoena from Carl D Crowell, of the law firm, Crowell Law, regarding the civil case, **Voltage Pictures, LLC., v. Does 1 - 371**. The subpoena requires CenturyLink to produce the name, address, user name, and activity log of the CenturyLink customer assigned the IP address 71.36.103.100 on 11/13/12 at 20:53:02 UTC. CenturyLink's records reflect that you were assigned that IP address on the date and time specified.

CenturyLink is required by law to respond to the subpoena and furnish the records requested on or before **March 21, 2013**.

If you have any objections to the subpoena, please notify me as soon as possible of the objection, but no later than close of business on the above date. You will also need to file your objections with the court on or before the date specified to prevent the release of your records pursuant to the subpoena. The case in which the subpoena was issued is case number: **1:13-cv-00295-AA, filed in the United States District Court for the District of Oregon.** For your reference, I am enclosing a copy of the subpoena issued to CenturyLink.

**If you have any questions regarding the subpoena, please direct your questions to attorney Carl D Crowell, who is requesting this information, of the law firm Crowell Law (503) 581 1240.**

Regards,

Craig Carter




GR VALLEAU
1060 RUGE ST NW
SALEM OR 97304

UNITED STATES DISTRICT COURT
for the DISTRICT OF OREGON
MARK O. HATFIELD US COURTHOUSE
1000 SW THIRD AVENUE
PORTLAND OR 97204

972043$2937