Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| VOLTAGE PICTURES, LLC, | Case No.: 3:13-cv-00295-AA |
|---|---|
| Plaintiff, | LIMITED NOTICE OF DISMISSAL BY PLAINTIFF |
| v. | |
| DOES 1 – 371, | FRCP 41(a)(1)(A)(i) |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Voltage Pictures, LLC voluntarily dismisses the below listed party in this matter.

| Doe No. | IP Address | Date / Time UTC |
|---|---|---|
| 76 | 71.214.83.242 | 11/14/12 11:30:04 AM |

This dismissal is *with* prejudice and without costs.

The dismissed party has not filed responsive pleadings.

DATED:  April 11, 2013.              Respectfully submitted,

/s/  Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email:  crowell@kite.com
503-581-1240

LIMITED NOTICE OF DISMISSAL                                Page 1