Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| VOLTAGE PICTURES, LLC, | Case No.: 3:13-cv-00295-AA |
|---|---|
| Plaintiff, | LIMITED NOTICE OF DISMISSAL BY PLAINTIFF |
| v. | |
| DOES 1 – 371, | FRCP 41(a)(1)(A)(i) |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Voltage Pictures, LLC voluntarily dismisses the below listed parties in this matter in that the subpoenaed Internet Service Providers are unable to identify the subscribers with sufficient certainty to proceed against these parties.

| Doe No. | IP Address | Date / Time UTC |
|---|---|---|
| 6 | 96.25.69.65 | 11/23/12 05:28:31 PM |
| 11 | 184.76.69.199 | 11/11/12 09:40:11 PM |
| 12 | 184.76.94.76 | 11/16/12 02:14:55 PM |
| 17 | 75.94.29.211 | 11/11/12 09:08:46 PM |
| 21 | 69.163.40.212 | 11/15/12 05:18:41 PM |

| | | |
|---|---|---|
| 35 | 75.92.188.208 | 12/25/12 02:19:00 PM |
| 80 | 69.163.36.67 | 11/22/12 05:22:37 PM |
| 82 | 75.92.168.131 | 11/29/12 01:20:31 PM |
| 125 | 184.76.78.151 | 1/7/13 12:37:59 AM |
| 130 | 69.163.40.212 | 2/5/13 12:03:06 PM |
| 139 | 69.163.40.238 | 11/9/12 12:15:55 AM |
| 154 | 75.92.184.222 | 11/22/12 12:19:01 PM |
| 180 | 96.25.78.242 | 12/23/12 07:42:47 PM |
| 197 | 69.163.36.67 | 2/3/13 07:34:44 PM |
| 216 | 69.163.40.212 | 11/8/12 08:21:34 PM |
| 254 | 209.216.191.168 | 11/11/12 05:25:57 PM |
| 260 | 184.76.92.238 | 11/12/12 11:13:50 PM |
| 311 | 66.87.112.77 | 11/30/12 05:24:39 AM |
| 312 | 184.76.98.23 | 11/30/12 08:27:58 AM |
| 317 | 75.94.41.134 | 12/3/12 08:20:41 AM |
| 327 | 69.163.36.107 | 12/14/12 11:53:37 PM |
| 331 | 174.140.161.56 | 12/17/12 07:25:16 AM |
| 337 | 75.94.9.192 | 12/22/12 12:31:18 PM |
| 344 | 96.25.94.1 | 12/26/12 05:38:40 AM |
| 348 | 69.163.34.150 | 12/28/12 03:07:15 PM |
| 353 | 184.76.21.87 | 1/4/13 05:19:46 AM |
| 355 | 184.76.71.63 | 1/6/13 05:55:10 AM |

This dismissal is without prejudice and without costs.

The dismissed parties have not filed responsive pleadings.

DATED:  April 11, 2013.                    Respectfully submitted,

/s/  Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email:  crowell@kite.com
503-581-1240
