Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| VOLTAGE PICTURES, LLC, | Case No.: 3:13-cv-00295-AA |
|---|---|
| Plaintiff, | LIMITED NOTICE OF DISMISSAL BY PLAINTIFF |
| v. | |
| DOES 1 – 371, | FRCP 41(a)(1)(A)(i) |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Voltage Pictures, LLC voluntarily dismisses the below listed parties in this matter.

| Doe No. | IP Address | Date / Time UTC |
|---|---|---|
| 10 | 67.5.200.48 | 11/11/12 03:10:53 AM |
| 19 | 71.222.126.243 | 111/13/12 02:16:58 AM |
| 38 | 75.164.217.226 | 1/13/13 10:01:58 PM |
| 79 | 67.5.184.56 | 11/22/12 10:46.01 PM |
| 102 | 67.5.160.249 | 11/8/12 02:00:11 AM |
| 108 | 67.5.160.199 | 11/10/12 08:35:52 AM |
| 123 | 71.36.97.209 | 12/14/12 08:28:56 AM |

| | | |
|---|---|---|
| 150 | 71.214.86.232 | 11/20/12 01:33:50 AM |
| 157 | 174.25.56.194 | 11/23/12 12:14:07 AM |
| 187 | 174.25.34.223 | 1/8/13 03:50:59 AM |
| 207 | 184.100.255.243 | 11/8/12 12:22:47 AM |
| 226 | 75.175.76.209 | 11/7/12 07:17:32 AM |
| 320 | 75.164.246.223 | 12/6/12 01:01:35 PM |
| 341 | 65.102.4.87 | 12/24/12 11:25:58 PM |
| 352 | 75.164.236.40 | 1/3/13 02:05:55 AM |

This dismissal is without prejudice and without costs.

The dismissed parties have not filed responsive pleadings.

DATED: April 11, 2013.                     Respectfully submitted,

/s/  Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email:  crowell@kite.com
503-581-1240