IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VOLTAGE PICTURES, LLC, | Case No.: 3:13-cv-00295-AA |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| DOES 1 – 371, | |
| Defendants. | |

I, Carl D. Crowell, counsel for plaintiff in this matter, certify I served plaintiff's notices of dismissal, Doc. #13, Doc. #14 and Doc. #15, by mailing a true copy this day addressed to:

> G.R. Valleau
> 1060 Ruge St. NW
> Salem, OR 97304

Executed on April 12, 2013

> /s/ Carl D. Crowell
> Carl D. Crowell, OSB# 982049