## Carl Crowell

**From:** Carl D. Crowell [crowell@kite.com]
**Sent:** Monday, March 18, 2013 12:17 PM
**To:** 'Emily Orlando'
**Cc:** 'maxcon@kite.com'; 'Natalie C. Dunn'
**Subject:** Matter 13-61601 - RE: Voltage Pictures Lawsuit  3:13-cv-00295-AA

**Attachments:** 72.19.45.46.pdf



72.19.45.46.pdf
(37 KB)

```
              Matter 13-61601
Copyright infringement of:  Maximum Conviction (Film) Civil Action No.: 3:13-cv-00295-AA
Federal Court District of Oregon
Plaintiff: Voltage Pictures
IP Address / Doe: 72.19.45.46  /  #357
Infringement Date &Time:   1/9/13  02:18:24 AM UTC
```

Ms. Orlando,

Thank you for your email. The information we have that links your IP address to you is
from your ISP.  I note there is significant activity tied to this IP address, see the
attached.  The record of attached activity may assist you and your husband in determining
who may be responsible.  Note:  Not all of this activity may be during the time the IP
address was assigned to you, but those dates closer to 1/9/13 have a higher likelihood of
being tied to you or your account.  Your ISP may be able to give you more specifics on
this.

With respect to the time, be aware that my data is for UTC, which is -7:00 Pacific.
Namely, 2:00 AM UTC, would be 7:00 PM Pacific.

If you can provide a list of computers that use your internet service we can work with you
to have a party investigate your machines to determine which is responsible for the
illegal activity.  As well, if we are able to determine that there is an error in our data
or of there is another explanation, then we will agree to voluntarily dismiss you from the
pending case.


Sincerely,


Carl D. Crowell


- -
Carl D. Crowell
Crowell Law
P.O. Box 923
Salem, OR 97308-0923
USA
Tel: 503-581-1240
www.kite.com

CONFIDENTIALITY NOTICE: If you have received this communication in error, please notify me
immediately. This message is intended only for the use of the person or firm to which it
is addressed, and may contain information that is privileged, confidential and exempt from
disclosure under applicable law. If the reader of this message is not the intended
recipient, you are hereby notified that any dissemination, distribution or copying of this

Exhibit 5
Page 1 of 2

information is prohibited. Absent an express agreement between the parties this communication does not constitute legal advice or create an attorney-client relationship.
_____

From: Emily Orlando [mailto:eorlando@rconnects.com]
Sent: Friday, March 15, 2013 10:38 AM
To: maxcon@kite.com
Subject: Voltage Pictures Lawsuit

RE:   Voltage Pictures Lawsuit
        3:13-cv-00295-AA
Dear Mr. Crowell:
I have just received the Priority Mail package from your office naming me and my husband, Charles Foster, as possible defendants in the above copyright infringement case.
This has come as a complete surprise to us.  We have never heard of the film, Maximum Conviction, have never used a peer network, and never heard of BitTorrent.  I have never received any information or warning regarding copyright infringement of any kind prior to receiving your legal documents.
I have spoken with my ISP, Reliance Connects in Estacada, and they show no unauthorized activity on my account.  I have never received any warning to cease and desist, as I have not done anything illegal. Other than Skype and Thunderbird mail, there are no downloads on my computer or any other device; certainly not any Voltage Pictures' film.
I understand that I am responsible for activity on my IP address, but only my husband and I live in the house, there are no children, guests, or roommates, and on the date specified, January 9, 2013, the computer and router were turned off.  I even shut off my router every night.
I simply do not understand how my IP could possibly be connected with this activity. It may be Reliance Connects erred in some way regarding my IP.
As an English teacher and someone who has many writer friends, I am very aware and sensitive to copyright infringement and would never steal someone's creative work.   I have always warned my students about illegal procurement of any copyrighted material, regardless of type or medium.
I do understand Voltage Pictures' position but I am not a participant in any illegal activity, nor has anyone had access to my home or IP.  Would you please review your information regarding my IP and this alleged activity?   I am working with my ISP to get to the bottom of this situation, to which I may be victim.
Thank you for your understanding.  My husband and I do wish to cooperate so that all parties are treated fairly.
Emily Orlando

Exhibit 5
Page 2 of 2