# Carl Crowell

| | |
|---|---|
| **From:** | Carl D. Crowell [crowell@kite.com] |
| **Sent:** | Thursday, April 04, 2013 5:35 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | / 6:13-cv-00290-AA RE: Request for abandonment |
| **Attachments:** | IP- pdf |

IP      .p
  df (18 KB)

       Civi      : 6:13 v-00290-AA  Federal Court District of Oregon IP Address / Doe:
Infringement Date &Time:            AM UTC


Mr.       ,

I    ou as potentially representing Doe No.    , IP address              on
         PM GMT for 13-    95.  I have asked for confirmation   this.  None has been
provided.  I assume Ms.       is in addition to this other "Doe    " party.

With respect to Ms.      , my questions first pertain to whether or not she is the actual
Doe Defendant or if there is another party.  Our client has an interest in identifying the
actual infringers.  If she is not liable then we would like to clear her and work to
ascertain the identity of the actual infringer.  As per the attached activity tied to this
IP address, we need to ascertain who is responsible.

We are prepared to work with the actual liable party, namely we would like to receive a
Consent Judgment to protect our client's catalog from future infringement.  If the actual
infringer is identified and will agree to a Consent Judgment, based on their circumstances
we will consider other options.

Sincerely,

Carl D. Crowell




- -
Carl D. Crowell
Crowell Law
P.O. Box 923
Salem, OR 97308-0923
USA
Tel: 503-581-1240
www.kite.com