# Carl Crowell

| | |
|---|---|
| **From:** | Carl D. Crowell [crowell@kite.com] |
| **Sent:** | Thursday, March 28, 2013 11:25 AM |
| **To:** | |
| **Subject:** | Doe: ___290; Civ Action No. 13-cv-00290; MaxCon / Eugene |
| **Attachments:** | 6-13-cv-00290-AA_009_1 Exhibit_1.pdf; 6-13-cv-00290-AA_009_0_Complaint.pdf; IP_1_____ pdf; 13-cv-00469_001_1_Exhibit.pdf; 13-cv-00469_001_0_Complaint.pdf |

    

6-13-cv-00290-AA_   6-13-cv-00290-AA_   IP_____   13-cv-00469_001_   13-cv-00469_001_
009_1 Exhibit...    009_0_Complai...    .pdf (293 KB)...   1_Exhibit.pdf ...   0_Complaint.pd...

```
IP:          
Doe:      _290
Civ Action No. 13-cv-00290; MaxCon / Eugene

IP:          
Doe:      _469
Civ. Action No. 13-cv-00469; The Thompsons / Eugene

Mr.          ,

Thank you for your phone call.  A copy of the c       t at issue is attached.  As
discussed we would like to work with the City          track down and control the
illegal activity associated with IP address              .  Based on the activity of that
IP address, a limited record attached, it is clear this is a substantial issue not only
for our clients, but also for The City.  Activity is recorded as recently as this morning,
3/28/13.

From the high volume of activity, this appears to be more than I would expect to see on a
Library / Wi-Fi connection.  It is certainly possible that some of this activity is
related to a Wi-Fi connection, the massive volume of illegal activity goes beyond the
occasional Wi-Fi user.  If you would like, you can turn off the Wi-Fi connections for 48
hours and we will cooperatively check and see if that stems the activity.  (Note:  If
there has been general disclosure of this crackdown to an infringer with the City, they
are likely shutting down and deleting in a panic anyway.)

Note I also represent The Thomposns, LLC and there distribution of their film "The
Thompsons" by on this IP.  A review indicates this same IP address is listed as Doe No.
in that case.  And while the infringement of my client's film Maximum Conviction was on
Dec 20, the infringement noted for The Thompsons was on January 9, 2013.  A copy of the
Thompsons complaint is attached.  There is a consistency in the use of the µTorrent 3.2.3
software.  Which, while a popular client, reinforces the possibility that this is the same
person involved with illegal activity over the City's network spaced out by several weeks.

I will call shortly to discuss.

-carl d. crowell




- -
Carl D. Crowell
Crowell Law
P.O. Box 923
```