Carl D. Crowell, OSB No. 982049
email:  crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VOLTAGE PICTURES, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>DOES 1 – 371,<br>            Defendants. | Case No.:  3:13-cv-00295-AA<br><br>CERTIFICATE OF SERVICE |

I, Carl D. Crowell, counsel for plaintiff in this matter, certify I served plaintiff's Report To The Court & Request for Extension of Time, Declaration of Counsel, and Exhibits 1 – 11, by mailing a true copy this day addressed to:

>G.R. Valleau
>1060 Ruge St. NW
>Salem, OR 97304

Executed on April 14, 2013

>/s/ Carl D. Crowell
>Carl D. Crowell, OSB# 982049

CERT. SERVICE