## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Quash by Doe 7 was served upon the *pro se* party of record as set forth below via First Class U.S. mail, postage prepaid, on April 16, 2013:

    G.R. Valleau
    1060 Ruge Street NW
    Salem, OR 97304
    *Defendant*

DATED: April 16, 2013

    /s/ Jessica L. McKie
    Jessica L. McKie, OSB# 104490