**ROBERT SWIDER**
Swider Medeiros Haver LLP
621 SW Morrison, Suite 1420
Portland, OR 97205-3897
Telephone: (503) 226-8122
Facsimile: (503) 295-2737
robert@smhllaw.com
Oregon State Bar ID #82127
of Attorneys for Defendant Doe # 270

**JESSICA MCKIE**
Swider Medeiros Haver LLP
621 SW Morrison, Suite 1420
Portland, OR 97205-3897
Telephone: (503) 226-8122
Facsimile: (503) 295-2737
jmckie@smhllaw.com
Oregon State Bar ID #104490
of Attorneys for Defendant Doe # 270

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Voltage Pictures, LLC, | Case No. 3:13-cv-00295-AA |
| Plaintiff, | **MOTION TO QUASH BY DOE 270** |
| v. | |
| Does 1-371, | |
| Defendants. | |

### LR 7-1 CERTIFICATION

Jessica L. McKie, counsel for Defendant Doe 270, identified by IP address 76.115.46.230, certifies that she communicated by telephone with Carl Crowell, counsel for Plaintiff Voltage Pictures, LLC (Plaintiff), on April 15, 2013, but the parties have been unable to resolve this matter without Court intervention.

**Page   1 -   MOTION TO QUASH BY DOE 270**

## MOTION

Doe 270 moves this Court for an order, pursuant to Fed. R. Civ. P. 45 (c)(3), quashing the subpoena issued by Plaintiff to Comcast on the grounds that pending is the Court's Order to Show Cause, and Doe 270 has been improperly joined.

This motion is supported by the Memorandum of Law in Support of Motion to Quash, the Declaration of Jessica L. McKie in Support of Motion to Quash, and the Court's records and files herein.

DATED April 16, 2013.

Respectfully submitted,

/s/ Robert Swider
Robert Swider, OSB #82127
Swider Medeiros Haver LLP
of Attorneys for Defendant Doe 270


/s/ Jessica L. McKie
Jessica L. McKie, OSB #104490
Swider Medeiros Haver LLP
of Attorneys for Defendant Doe 270

Page   2 -   MOTION TO QUASH BY DOE 270