## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Declaration of Jessica L. McKie in Support of Motion to Quash by Doe 270 was served upon the *pro se* party of record as set forth below via First Class U.S. mail, postage prepaid, on April 16, 2013:

G.R. Valleau
1060 Ruge Street NW
Salem, OR 97304
*Defendant*

DATED: April 16, 2013

/s/ Jessica L. McKie
Jessica L. McKie, OSB# 104490