Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,**<br><br>      Plaintiff,<br>v.<br><br>**DOES 1 – 371,**<br><br>      Defendants. | Case No.: 3:13-cv-00295-AA<br><br>PLAINTIFF'S MOTION TO STRIKE ANSWER OF G.R. VALLEAU<br><br>FRCP 12(f)(2)<br>FRCP 17 |

### PLAINTIFF'S MOTION TO STRIKE ANSWER OF G.R. VALLEAU

Prior to filing this motion plaintiff's counsel attempted to contact G.R. Valleau by mail and by leaving a voice-mail message at a telephone number presumed to belong to G.R. Valleau. Plaintiff counsel has been unable to confer with G.R. Valleau.

Pursuant to Rule 12(f)(2), Voltage requests this court strike the answer of G.R. Valleau as G.R. Valleau is not the real party in interest. Fed. R. Civ. P. 12(f)(2) & 17. This motion is supported by the filed memorandum and the record of this case.

DATED: April 17, 2013

                              Respectfully submitted,

                              CROWELL LAW

                              /s/ Carl D. Crowell
                              Carl D. Crowell, OSB No. 982049
                              email: crowell@kite.com
                               (503) 581-1240
                              Of attorneys for the plaintiff

MOTION TO STRIKE ANSWER – G.R. Valleau                              Page 1