April 12, 2013

United States District Court
Attn: The Honorable Ann Aiken
1000 SW Third Avenue
Portland, OR 97204

FILED 15 APR '13 10:41 USDC-ORP

Comcast NE&TO          Fax: 1-866-947-5587
650 Centerton Road
Moorestown, NJ 08057

Voltage Pictures, LLC v. Does 1-371     MOTION TO QUASH SUBPOENA
Case No.: 3:13-cv-00295-AA

Pursuant to a letter dated March 18, 2012, from Comcast, I hereby make this motion to quash the subpoena Comcast received from attorney Carl Crowell regarding release of my name, address or any other information.

The accusation that I illegally downloaded a Voltage Pictures movie, Maximum Conviction, is completely false. I never heard of Bit Torrent prior to receipt of Comcast's letter, doing some internet research and reading the recent article in The Oregonian.

A used router was given to me by a Comcast employee. There was no manual, instructions or warnings about the need to secure the router or that a neighbor or passerby could access it. Therefore, the router was not protected and I live in a complex surrounded by other complexes.

I further object to Voltage Pictures listing numerous defendants in a single lawsuit and requiring my internet provider to give out private information without any proof of wrongdoing. There is no such proof as I have never illegally downloaded anything.

I hope that our Federal Court system will not allow these filings which can intimidate people and require them to hire a lawyer when they have done nothing wrong.

I declare the above statements to be true.

Sincerely
No. 84 on Attachment A to
Subpoena Duces Tecum