Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,** <br><br> Plaintiff, <br> v. <br><br> **DOES 1 – 198,** <br> **DOES 1-12,** <br> **DOES 1-34,** <br> **DOES 1-371,** <br><br> Defendants. | Case Nos.:   6:13-cv-290-AA, <br> 2:13-cv-292-AA, <br> 1:13-cv-293-AA, <br> 3:13-cv-295-AA <br><br> PLAINTIFF'S MOTION EXTENDING TIME TO DISCOVER THE DOE DEFENDANTS IDENTITIES <br><br> FRCP 6(b)(1)(B) |

Pursuant to FRCP 6(b)(1)(B), plaintiff moves the court to enlarge the time for plaintiff to discover and name the identity of the several Doe defendants by sixty (60) days. Plaintiff's motion is supported by Plaintiff's Report to the Court filed April 12, 2013 and Plaintiff's Response to Order to Show Cause filed this day, together with the declarations and exhibits filed therewith.

DATED: April 20, 2013.

    Respectfully submitted,

    CROWELL LAW

    /s/ Carl D. Crowell
    Carl D. Crowell, OSB No. 982049
    (503) 581-1240
    Of attorneys for the plaintiff