Carl D. Crowell, OSB No. 982049
email:  crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,** | Case No.:  6:13-cv-00295-AA |
| Plaintiff, | PLAINTIFF'S MOTION TO ALLOW SECOND AMENDED COMPLAINT; (PROPOSED) SECOND AMENDED COMPLAINT; (PROPOSED) EXHIBIT 1 |
| v. | |
| **DOES 1 – 371,** | |
| Defendants. | |

Plaintiff certifies that it has conferred with counsel for Mary Havlicek, David Havlicek, Emily Orlando and Charles Foster who have filed answers, and these parties each oppose plaintiff's motion.  Plaintiff has made good faith efforts to contact party G.R. Valleau, but has not been able to reach that party.

Plaintiff Voltage Pictures, LLC, moves this court for leave to allow its Second Amended Complaint, pursuant to Fed. R. Civ. Pro. 15(a)(2).

///

///

Plaintiff's proposed Second Amended Complaint and proposed Exhibit 1 filed herewith.

DATED: April 20, 2013

             Respectfully submitted,

             CROWELL LAW

             /s/Carl D. Crowell
             Carl D. Crowell, OSB No. 982049
             email: crowell@kite.com
             (503) 581-1240
             Of attorneys for the plaintiff