David H. Madden
Mersenne Law LLC
1500 S.W. First Avenue
Suite 1170
Portland, Oregon 97201
(503)679-1671
dhm@mersenne.com
Attorney for Defendant G. R. VALLEAU

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC**, <br>      Plaintiff, <br><br>                    v. <br><br> **DOEs 1 – 111,** <br> **Genene R. VALLEAU** a/k/a **DOE #112** <br> and <br> **DOEs 113 – 371**, <br>      Defendants | Civil Action No.: ............3:13-CV-00295-AA <br><br> **UNOPPOSED** <br> **DEFENDANT VALLEAU'S MOTION TO ALLOW FIRST AMENDED ANSWER; [PROPOSED] FIRST AMENDED ANSWER** |

DEFENDANT'S Counsel certifies that he has conferred with plaintiff's counsel by telephone on 29 April 2013, to inquire whether plaintiff would oppose this motion to allow G. R. VALLEAU to file the attached [Proposed] First Amended Answer. Plaintiff's counsel does not oppose this motion. Accordingly, Defendant's counsel hereby moves the Court for leave to file defendant's First Amended Answer, pursuant to FRCP R.15(a)(2).

      This motion is believed to render plaintiff's pending Motion to Strike [VALLEAU's] Answer (docket #39, to strike docket #10) moot.

      This Motion is supported by the accompanying Memorandum and the record in this case.

| | |
|---|---|
| 29 April 2013 | |
| _____ Date | David H. Madden, SBN OR080396<br>Attorney for Defendant Genene R. VALLEAU<br>Mersenne Law LLC<br>1500 S.W. First Avenue<br>Suite 1170<br>Portland, Oregon 97201<br>dhm@mersenne.com<br>(503)679-1671 |