Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| Voltage Pictures, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 – 371, <br><br> Defendants. | Case No.: 3:13-cv-00295-AA <br><br> STIPULATED CONSENT JUDGMENT AS TO DOE NO. 98: TIMOTHY CROSS |

## STIPULATED CONSENT JUDGMENT

### DOE NO. 98: TIMOTHY CROSS

As attested to by the signatures below, this matter comes before the Court on the parties' joint stipulation. On February 19, 2013, plaintiff, Voltage Pictures, LLC ("Voltage") filed an action against defendant (and others) in Oregon District Court, Case No. 3:13-cv-00295-AA, for Copyright Infringement, 17 U.S.C. §§ 101, et seq. for the illegal copying and distribution of plaintiff's motion picture titled *Maximum Conviction*, registered with the United States Copyright Office, Reg. No. PAu 3-647-070.

Defendant named as Doe No. 98 in the filed complaint, with the Internet Protocol address of 67.171.144.16 on 1/27/2013 7:49:26 AM UTC, has been identified as Timothy Cross of 15541 SW Donna Court, Beaverton, Oregon 97007.

To fully and finally resolve all claims between the parties and the matters before the court, Voltage and Doe No. 98, identified as Timothy Cross, have reached a settlement which requires entry of this Stipulated Consent Judgment to fully effect the terms of the settlement and have asked the court to accept and enter this Stipulated Consent Judgment and to proceed consistent with this agreement.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.
2. Plaintiff has valid and enforceable rights in the original copyrighted work, *Maximum Conviction*, registered with the United States Copyright Office, Reg. No. PAu 3-647-070.
3. Doe No. 98 in the filed complaint is identified as:
   Timothy Cross of 15541 SW Donna Court, Beaverton, Oregon 97007.
4. Plaintiff and defendant Timothy Cross, named as Doe No. 98 in the Complaint, and each of them expressly consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders, including this stipulation or any other final judgment or orders arising there from.
5. Defendant Timothy Cross, named as Doe No. 98, has willfully infringed plaintiff's rights by the intentional copying and distribution of plaintiff's motion picture causing plaintiff economic harm.
6. Defendant Timothy Cross, named as Doe No. 98 in the Complaint, is PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing plaintiff's rights in plaintiff's motion picture, including without limitation by using the internet to

reproduce or copy plaintiff's motion picture, to distribute plaintiff's motion picture, or to make plaintiff's motion picture available for distribution to the public, except pursuant to a lawful written license or with the express authority of plaintiff.

7. Defendant Timothy Cross, named as Doe No. 98 in the Complaint, is directed to destroy all unauthorized copies of plaintiff's motion picture in his possession or subject to his control.

Date: 5/3/2013

_____
United States Magistrate Judge

So Stipulated and Respectfully Submitted:

Defendant:

_____
Timothy Cross
15541 SW Donna Court
Beaverton, OR 97007

On Behalf of Plaintiff:

_____
Carl D. Crowell, OSB # 982049
CROWELL@KITE.COM
CROWELL LAW
P.O. Box 923
Salem, OR 97308-0923
Phone: 503-581-1240