Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
Jonathan van Heel, OSB No. 095349
email: jvh@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VOLTAGE PICTURES, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOE, a/k/a IP 24.20.223.164<br>(Former Doe #1)<br><br>　　　　Defendant. | Case No.: 3:13-cv-00295-AA<br><br>PLAINTIFF'S EX PARTE MOTION FOR AN ORDER TO RELEASE SUBPOENAED INFORMATION<br><br>EXPEDITED HEARING REQUESTED |

PLAINTIFF'S EX PARTE MOTION FOR AN ORDER TO

RELEASE SUBPOENAED INFORMATION

On February 21, 2013, plaintiff filed a motion pursuant to FRCP 26 and 45 to obtain the identity of a number of subscribers affiliated with a series of Internet Protocol ("IP") addresses used to identify several Doe defendants. On February 22, this court granted plaintiff leave for such discovery. On May 4, this court ordered all Doe defendants beyond Doe #1 severed and dismissed and quashed all outstanding subpoenas.

At the time of the May 4 order quashing outstanding subpoenas the Internet Service Provider for Doe #1, Comcast, had not yet released information identifying the subscriber affiliated with the IP

address used by Doe #1 in the complaint, namely, IP address 24.20.223.164, though such information is now apparently available.

Plaintiff now moves this Court for an Order permitting Comcast to release to plaintiff the subscriber information associated with the IP address of the original Doe #1, specifically the subscriber information for:

    IP:  24.20.223.164        Date and time: 11/10/12 04:21:29 PM UTC

Plaintiff also requests leave to issue such further subpoenas pursuant to FRCP 45 as may be needed to specifically identify the Doe defendant. Any such information obtained will be used solely for protecting and enforcing plaintiff's rights as set forth in the Second Amended Complaint.

DATED: May 16, 2013.

/s/ Carl D. Crowell  
Carl D. Crowell, OSB No. 982049  
email: crowell@kite.com  
Crowell Law  
P.O. Box 923  
Salem, OR 97308  
(503) 581-1240

MOTION FOR TO RELEASE SUBPOENAED INFORMATION