Carl D. Crowell, OSB No. 982049
email:  crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VOLTAGE PICTURES, LLC, | Case No.:  3:13-cv-00295-AA |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL |
| | LR 83-11(b) |
| TZOU VANG, a/k/a IP 24.20.223.164 (Former Doe #1) | |
| Defendant. | |

NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83-11(b) notice is provided of the withdrawal of Jonathan T. van

Heel, OSB No. 095349, formerly of Crowell Law.

Carl D. Crowell remains counsel of record for plaintiff.

DATED: July 30, 2013

Of attorneys for the plaintiff

/s/  Carl D. Crowell
Carl D. Crowell, OSB No. 982049
crowell@kite.com
Crowell Law
(503) 581-1240