Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VOLTAGE PICTURES, LLC,<br><br>          Plaintiff,<br>v.<br><br>TZOU VANG,<br>(Former Doe #1),<br><br>          Defendant. | Case No.: 3:13-cv-00295-TC<br><br>REPORT TO THE COURT |

     Plaintiff, cognizant of the Court's interest in avoiding delay and the limitations imposed by FRCP 4(m) (120 days for service), herein reports on the current status of this matter.

     Plaintiff filed the complaint in this case against defendant Tzou Vang, who was then known as Doe #1, and others on February 19, 2013. On May 4, all Doe defendants beyond Doe #1 were severed with plaintiff to proceed solely against Doe #1. On June 7, 2013, the Court granted plaintiff access to discovery related to the defendant. On information and belief and after inquiry, plaintiff has identified Doe #1 as defendant Tzou Vang. Plaintiff amended the pending complaint to name the defendant on July 30, 2013. A summons was issued on July 31, 2013.

     During the pendency of this case defendant Tzou Vang apparently vacated the address in Portland, Oregon where the infringement occurred and is currently believed to be in Fresno,

REPORT

California.  Plaintiff has been unable to personally serve the defendant or confirm his current address.  Attempts to locate and personally serve defendant are ongoing.

As a report to the court, plaintiff states that if personal service is not possible within sixty (60) days of receiving the summons, plaintiff is prepared to move for service by publication to be accepted by the Court.

Respectfully submitted, September 11, 2013.

/s/ Carl D. Crowell
Carl D. Crowell, OSB# 982049
crowell@kite.com
503-581-1240
Of counsel for plaintiff